# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00575-CR

**Amos Simms, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-17-904069, THE HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Amos Simms seeks to appeal a judgment of conviction for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.116(c). The trial court has certified that (1) this is a plea-bargain case and Simms has no right of appeal, and (2) Simms has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Field and Toth

Dismissed for Want of Jurisdiction

Filed: October 4, 2018

Do Not Publish